UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELVIN LEROY TYLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1096 TIA |
| ) | |
| MISSOURI BOARD OF PROBATION ) | |
| AND PAROLE, ) | |
| ) | |
| Respondent. ) | |

**ORDER OF TRANSFER**

**IT IS HEREBY ORDERED** that the instant action shall be **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1631.

Dated this 13th day of August, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE